

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MARIA PENA-CARRILLO,

                            Petitioner,

v.

JEREMY CASEY,

                            Respondent.

Case No.:  3:26-cv-3848-CAB-AHG

**ORDER DISMISSING PETITION WITH LEAVE TO AMEND**

       Petitioner Maria Pena-Carrillo has filed a petition for a writ of habeas corpus pursuant to 8 U.S.C. § 2241.  [Doc. No. 1 ("Petition").]  Petitioner alleges that she is unlawfully detained at the Imperial Regional Detention Facility.

       The Court **DISMISSES** the Petition with leave to amend because the Petition is missing crucial information for the Court to evaluate whether a response is warranted.  *See Kourteva v. I.N.S.*, 151 F. Supp. 2d 1126, 1128 (N.D. Cal. 2001) ("Summary dismissal is appropriate only where the allegations in the petition are vague or conclusory, palpably incredible, or patently frivolous or false.")  Petitioner does not provide any information regarding how she entered the United States, whether she has been previously detained by immigration authorities, or when or how she was most recently detained.

3:26-cv-3848-CAB-AHG

If Petitioner wishes to proceed with this case, she must file a First Amended Petition within thirty (30) days of the date of this Order.  The First Amended Petition must be complete in itself without reference to the original Petition.  Respondents not named and any claim not re-alleged will be considered waived.  *See* CivLR 15.1(a).

It is **SO ORDERED**.

Dated:  July 6, 2026

_____
Hon. Cathy Ann Bencivengo
United States District Judge

3:26-cv-3848-CAB-AHG